IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEMICHAEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-206-WKW |
| | ) | |
| J. CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 23, 2012, the Magistrate Judge filed a Recommendation.  (Doc. # 12.)

No timely objections have been filed.  Based upon an independent review of the file

in this case and upon CONSIDERATION of the Recommendation of the Magistrate

Judge, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

and

2.    this case is DISMISSED without prejudice for Mr. Williams's failure to

comply with the orders of this court and failure to prosecute this action.

A separate final judgment will be issued.

DONE this 12th day of June, 2012.

                    /s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE